**Order entered August 4, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-00187-CR

### BRENDAN POTTER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82314-2020**

### ORDER

Before the Court is appellant's August 2, 2022 motion for access to the appellate record. We **GRANT** the motion and **ORDER** appellate counsel Hugh Alexander Fuller to provide appellant with paper copies of the clerk's and reporter's records in the above case. We further **ORDER** appellate counsel to provide this Court, within **FIFTEEN DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response is due by **October 7, 2022**.

We **DIRECT** the Clerk to send copies of this order to the Honorable Tom Nowak, Presiding Judge, 366th Judicial District Court; Hugh Alexander Fuller; and the Collin County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Brendan Potter, TDCJ# 02393447, John Middleton Unit, 13055 FM 3522, Abilene, TX 79601.

/s/    BILL PEDERSEN, III
JUSTICE